UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 21-1458**

JOHN DOE, Appellant

VS.

PRINCETON UNIVERSITY

(D.N.J. Civ. No. 3-20-cv-04352)

Present: HARDIMAN, PORTER, and MATEY, Circuit Judges

ORDER

The opinion in this matter has been temporarily filed as a sealed document. The parties are hereby directed to provide the Court with proposed redactions from the opinion, together with the reason for each redaction, within seven (7) days of the date of this order. Any proposed redactions must set forth in detail why that particular information cannot be disclosed to the public. The Court will then determine whether to accept the proposed redactions and will unseal the opinion in an appropriate form. Proposed redactions are to be filed with the Clerk's office using the SEALED response event in ECF. If the parties do not object to including the sealed material cited in the opinion, the parties should file written responses to that effect by the same 7-day deadline.

By the Court,

s/ Paul B. Matey
Circuit Judge

Dated: March 23, 2022
Lmr/cc: All Counsel of Record